UNITED STATES BANRUPTCY COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

2009 SEP 14  AM 9:18

In Re:                                            Case No. 05-13076-JH

MORGAN, BRIAN K.                      Chapter 7
MORGAN, CAROL A.

                   Debtor(s)                         Judge Hopkins

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $1.47 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPenney<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL  33131 | 2 | 1.47 |
| Total Small Dividends 25.00 or under | | 1.47 |

Dated: September 11, 2009                        /s/ Thomas J. Geygan, Sr.
                                                                           THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee